

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

April 16, 2026

**BY ECF**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

     Re:    *Lopez v. McCoy, et al.,* 25-CV-4584 (CS)

Dear Judge Seibel:

The New York State Office of the Attorney General represents all Defendants in the above-referenced action. Defendants write to respectfully request clarity on their answer date in light of Plaintiff's request for an extension of time due to an ongoing medical condition.

On February 17, 2026, Plaintiff addressed a letter to the Court requesting a ninety-day extension of time while undergoing surgery and radiation for a serious medical condition. ECF No. 27. In response to Plaintiff's letter, on February 26, 2026, the Court indicated that following Plaintiff's treatment and recovery, the next step in the matter would be a phone conference. *Id*. With the recent return of the U.S. Marshals service waivers, Defendants' answer date is May 25, 2026. On their answer date, consistent with the Court's Individual Rules of Civil Practice, Defendants intended to file a pre-motion letter for conference in contemplation of a motion to dismiss the complaint.

Given that Plaintiff has represented that he is receiving medical treatment and requires recovery which may prevent him from effectively litigating this matter, Defendants respectfully request that their answer date be held in abeyance until a notification from Plaintiff that his treatment has concluded and that he is able to resume prosecution of this litigation.

We thank the Court for its consideration.

                    Respectfully submitted,

                    ***/s/ Jennifer Goltche***
                    Jennifer Goltche
                    Assistant Attorney General
                    (212) 416-8591
                    Jennifer.Goltche@ag.ny.gov

**BY U.S. MAIL**

cc:  Pro Se Plaintiff
John Lopez DIN # 01A2423
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582

Plaintiff requested 3 months to recover from his 2/23/26 surgery.  Defendants' responses to the Complaint are due 5/26/26, which is 3 months after the surgery.  I thus see no reason to postpone Defendants' pre-motion letter or answer.  The Court will schedule a conference once that response is received.

SO ORDERED.

4/16/26

CATHY SEIBEL, U.S.D.J.

The Clerk shall terminate ECF No. 29.